UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 24 2017 ★

LONG ISLAND OFFICE

MARION KILER, *on behalf of herself and all others similarly situated,*

Plaintiff,

-against-

MOSEX EXHIBIT 1 LLC,

Defendant.

17 CV 3110

**STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendant to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including August 14, 2017. There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendant also agree to (i) consent to the jurisdiction of the Court, (ii) waive all defenses to invalid service of process and (iii) accept service of the Complaint and all amendments thereon.

For the Defendant:

By: _____
Joshua Briones, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky
and Popeo PC
Century Plaza Towers
2029 Century Park East
Los Angeles, CA 90067
Telephone: (310) 226-7887
jbriones@mintz.com

Date: 7-21-17

SO ORDERED

/s/ A. Kathleen Tomlinson
U.S.D.J.  *USMJ*

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1188
Fax: (212) 465-1181
cklee@leelitigation.com

Date: July 21, 2017

July 24, 2017
Date